JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/19/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DIANE L. CARMAN,<br><br>   Defendant. | CASE No.: SACV 17-1331-WDK(KESx)<br><br>ORDER TO DISMISS<br>THIS ACTION WITH PREJUDICE |

  The above-entitled action is hereby dismissed with prejudice.
  SO ORDERED.

DATED: April 19, 2018

                _____
                HONORABLE WILLIAM D. KELLER